# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Yandering Crespo | § | Case No. 15-04896 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/13/2015 . The undersigned trustee was appointed on 02/13/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 87,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9,448.32 |
| Bank service fees | | 173.00 |
| Other payments to creditors | | 19,184.25 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 43,194.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  01/20/2016  and the deadline for filing governmental claims was  08/12/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,805.03 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,805.03 , for a total compensation of $ 6,805.03 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 90.71 , for total expenses of $ 90.71 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2016          By: /s/Cindy M. Johnson
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-04896 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
| Case Name: | Yandering Crespo | | | | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2015 |
| For Period Ending: | 07/26/2016 | | | | Claims Bar Date: | 01/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1519 Azalea circle Romeoville, IL | 50,000.00 | 87,000.00 | | 87,000.00 | FA |
| 2. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, certificates | 300.00 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts, certificates | 50.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 8,700.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $59,650.00   $87,000.00   $87,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| RE PROP # | 1 | -- | Sold the Real Estate on March 29, 2016. |
| RE PROP # | 2 | -- | Total cash on hand |
| RE PROP # | 3 | -- | Alliant Credit Union |
| RE PROP # | 4 | -- | Higher One Bank |
| RE PROP # | 5 | -- | General items of household goods and furnishings |
| RE PROP # | 6 | -- | General items of wearing apparel |
| RE PROP # | 7 | -- | 2011 Ford Fusion |

Initial Projected Date of Final Report (TFR):        Current Projected Date of Final Report (TFR):

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-04896 | Trustee Name: | Cindy M. Johnson |
| --- | --- | --- | --- |
| Case Name: | Yandering Crespo | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0220 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4959 | Blanket Bond (per case limit): | $55,728,000.00 |
| For Period Ending: | 07/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/16 | | Fidelity National Title Company, LLC 116 N chicago st, ste 203 Joliet, IL 60432 | Sale of Debtor's Residence The Sale of the Residence occurred on March 29, 2016, counsel deposited check with the Trustee on April 5, 2016. | | | $43,367.43 | | $43,367.43 |
| | | | Gross Receipts | $87,000.00 | | | | |
| | | Will County Treasurer | 1st Mortgge Lien | ($14,700.00) | 4110-000 | | | |
| | | Homeowner's Association (Add name Here) | Association Dues | ($1,077.72) | 4110-000 | | | |
| | | Berkshire Hathaway | Real Estate Broker | ($5,715.00) | 3510-000 | | | |
| | | Yandering Crespo's Homestead Exemption | Exemption | ($15,000.00) | 8100-002 | | | |
| | | Will County Real Estate Taxes | | ($3,406.53) | 4700-000 | | | |
| | | Fidelity Title Company LLC | | ($3,733.32) | 2500-000 | | | |
| | 1 | | 1519 Azalea circle Romeoville, IL | $87,000.00 | 1110-000 | | | |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $46.75 | $43,320.68 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $64.21 | $43,256.47 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $62.04 | $43,194.43 |

| | COLUMN TOTALS | $43,367.43 | $173.00 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $43,367.43 | $173.00 |
| | Page Subtotals: | $43,367.43 | $173.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**Page:** 2

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $43,367.43 | $173.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0220 - Checking | $43,367.43 | $173.00 | $43,194.43 |
|  | $43,367.43 | $173.00 | $43,194.43 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $43,632.57 |
| Total Net Deposits: | $43,367.43 |
| Total Gross Receipts: | $87,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04896  
Debtor Name: Yandering Crespo  
Claims Bar Date: 1/20/2016  

Date: July 26, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $6,805.03 | $6,805.03 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $90.71 | $90.71 |
| 100 2500 | Fidelity Title Company LLC | Administrative | | $0.00 | $3,733.32 | $3,733.32 |
| 100 3210 | Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $3,500.00 | $3,500.00 |
| 100 3220 | Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $0.00 | $453.48 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,484.47 | $1,484.47 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $20.60 | $20.60 |
| 100 3510 | Berkshire Hathaway | Administrative | | $0.00 | $5,715.00 | $5,715.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $488.00 | $488.76 | $488.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04896  
Debtor Name: Yandering Crespo  
Claims Bar Date: 1/20/2016  
Date: July 26, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | Ford Motor Credit Company Llc<br>P. O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $13,462.00 | $4,523.65 | $4,523.65 |
| 3 300 7100 | Atlas Acquisitions Llc Assignee Of Walmart Credit Card<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $1,164.00 | $1,164.28 | $1,164.28 |
| 4 300 7100 | Happiness Is Pets Of Naperville Crossing Inc<br>Duvera Financial<br>Po Box 2549<br>Carlsbad, Ca 92018 | Unsecured | | $1,473.00 | $1,961.75 | $1,961.75 |
| 5 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $14,839.00 | $15,588.00 | $15,588.00 |
| 6 300 7100 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, Az 85712 | Unsecured | | $670.00 | $482.09 | $482.09 |
| 7 300 7100 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $898.00 | $898.10 | $898.10 |
| 8 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $1,365.00 | $1,365.41 | $1,365.41 |
| 9 300 7100 | Midland Credit Management,Inc As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $515.00 | $514.95 | $514.95 |
| 10 300 7100 | Midland Credit Management,Inc As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $1,836.33 | $1,836.33 | $1,836.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04896  
Debtor Name: Yandering Crespo  
Claims Bar Date: 1/20/2016  

Date: July 26, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Portfolio Recovery Associates, Llc Successor To Comenity Bank Pob 41067 Norfolk, Va 23541 | Unsecured | | $1,048.00 | $1,026.41 | $1,026.41 |
| 400 4110 | Parkside Condominium Association | Secured | | $0.00 | $1,077.72 | $1,077.72 |
| 400 4110 | Will County Treasurer | Secured | | $0.00 | $14,700.00 | $14,700.00 |
| 400 4700 | Will County Real Estate Taxes | Secured | | $0.00 | $3,406.53 | $3,406.53 |
| | Case Totals | | | $37,758.33 | $70,383.11 | $70,836.59 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-04896
Case Name: Yandering Crespo
Trustee Name: Cindy M. Johnson

Balance on hand $ 43,194.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Will County Treasurer | $ 14,700.00 | $ 14,700.00 | $ 14,700.00 | $ 0.00 |
| | Will County Real Estate Taxes | $ 3,406.53 | $ 3,406.53 | $ 3,406.53 | $ 0.00 |
| | Parkside Condominium Association | $ 1,077.72 | $ 1,077.72 | $ 1,077.72 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 43,194.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 6,805.03 | $ 0.00 | $ 6,805.03 |
| Trustee Expenses: Cindy M. Johnson | $ 90.71 | $ 0.00 | $ 90.71 |
| Attorney for Trustee Fees: Law Offices of Zane L. Zielinski | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Attorney for Trustee Expenses: Law Offices of Zane L. Zielinski | $ 453.48 | $ 0.00 | $ 453.48 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,484.47 | $ 0.00 | $ 1,484.47 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 20.60 | $ 0.00 | $ 20.60 |
| Other: Berkshire Hathaway | $ 5,715.00 | $ 5,715.00 | $ 0.00 |
| Other: Fidelity Title Company LLC | $ 3,733.32 | $ 3,733.32 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            12,354.29

Remaining Balance        $            30,840.14


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,849.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 488.76 | $ 0.00 | $ 488.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Ford Motor Credit Company Llc | $ 4,523.65 | $ 0.00 | $ 4,523.65 |
| 3 | Atlas Acquisitions Llc Assignee Of | $ 1,164.28 | $ 0.00 | $ 1,164.28 |
| 4 | Happiness Is Pets Of Naperville Crossing Inc | $ 1,961.75 | $ 0.00 | $ 1,961.75 |
| 5 | Us Dept Of Education | $ 15,588.00 | $ 0.00 | $ 15,588.00 |
| 6 | United Consumer Financial Services | $ 482.09 | $ 0.00 | $ 482.09 |
| 7 | Synchrony Bank | $ 898.10 | $ 0.00 | $ 898.10 |
| 8 | American Infosource Lp As Agent For | $ 1,365.41 | $ 0.00 | $ 1,365.41 |
| 9 | Midland Credit Management,Inc | $ 514.95 | $ 0.00 | $ 514.95 |
| 10 | Midland Credit Management,Inc | $ 1,836.33 | $ 0.00 | $ 1,836.33 |
| 11 | Portfolio Recovery Associates, Llc | $ 1,026.41 | $ 0.00 | $ 1,026.41 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 29,849.73 |
| Remaining Balance | $ 990.41 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 91.01 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 899.40 .