## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 15-04896 |
| Yandering Crespo | Chapter 7 |
| Debtor. | Honorable Bruce W. Black |
| | Set for August 19, 2016 at 9:00 a.m. |

### CERTIFICATE OF SERVICE

       I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors  (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on July 29, 2016.


Cindy M. Johnson                                            /s/ Cindy M. Johnson           
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST


## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Hanna Kayali    hannakayali1@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Gerald Mylander    mcguckin_m@lisle13.com
- Glenn B Stearns    mcguckin_m@lisle13.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com

## Manual Notice List

See attached sheets

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois 60606

American Infosource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK  73124-8866

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303


Atlas Acquisitions LLC Assignee of
Walmart Credit Card
294 Union St.
Hackensack, NJ 07601-4303

Brightwater Capital Ll
850 Concourse Pkwy S Ste
Maitland, FL 32751-6144

Carillon Family Dental Group
450 N. Weber Rd
Romeoville, IL 60446-5355


Comenity Bank/Valctyfr
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914-2393


Yandering Crespo
1519 Azalea Circle
Romeoville, IL 60446-4987

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180


Frontier Financial Group
631 N. Stephanie St.
Henderson, NV 89014-2633

Happiness Is Pets of Naperville Crossing Inc
Duvera Financial
PO Box 2549
Carlsbad, CA 92018-2549

T-Mobile
PO Box 742596
Cincinnati, OH 45274


Hanna Kayali
Victory Law Office
3818 S. Harlem Avenue
Lyons, IL 60534-1207

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Midland Credit Management,Inc
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Monarch Recovery Mangement, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

Gerald Mylander
801 Warrenville Rd., Suite 650
Lisle, IL 60532-4350


Nca
P.O. Box 550 327 West Fourth St
Hutchinson, KS 67504-0550

Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439-0846

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Smith & Cohen
PO Box 10645
Saint Paul, MN 55110-0645


Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532-4350

Syncb/Pep Boys
C/O Po Box 965036
Orlando, FL 32896-0001

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Us Dept of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712-1083

United Consumer Finl S
865 Bassett Rd
Westlake, OH 44145-1194

Us Dept Of Ed/Glelsi
Po Box 7860
Madison, WI 53707-7860

Village of Bridgeview
7500 S Oketo
Bridgeview, IL 60455-1297

Will County Land Use Department
58 E Clinton Street
Suite 500
Joliet, IL 60432-4133

Adam Wolverton
Berkshire Hathaway HomeServices
Koenig Gubloff Realty Group
2301 N Clark St suite 202
Chicago, IL 60614