UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Yandering Crespo | § | Case No. 15-04896 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,700.00 *(Without deducting any secured claims)* | Assets Exempt: 15,950.00 |
| Total Distributions to Claimants: 49,124.99 | Claims Discharged Without Payment: 32,348.83 |
| Total Expenses of Administration: 21,975.61 | |

3) Total gross receipts of $ 87,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,899.40 (see **Exhibit 2**), yielded net receipts of $ 71,100.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 24,500.00 | $ 19,184.25 | $ 19,184.25 | $ 19,184.25 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,522.13 | 21,975.61 | 21,975.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,607.16 | 29,849.73 | 29,849.73 | 29,940.74 |
| **TOTAL DISBURSEMENTS** | $ 70,107.16 | $ 70,556.11 | $ 71,009.59 | $ 71,100.60 |

4)  This case was originally filed under chapter 7 on  02/13/2015 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/11/2017            By:/s/Cindy M. Johnson
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1519 Azalea circle Romeoville, IL | 1110-000 | 87,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 87,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Yandering Crespo's Homestead Exemption | Exemptions | 8100-002 | 15,000.00 |
| Yandering Crespo | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 899.40 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,899.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Will County Land Use Department 58 E Clinton Street Suite 500 Joliet, IL 60432 | | 24,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parkside Condominium Association | 4110-000 | NA | 1,077.72 | 1,077.72 | 1,077.72 |
| | Will County Treasurer | 4110-000 | NA | 14,700.00 | 14,700.00 | 14,700.00 |
| | Will County Real Estate Taxes | 4700-000 | NA | 3,406.53 | 3,406.53 | 3,406.53 |
| **TOTAL SECURED CLAIMS** | | | $ 24,500.00 | $ 19,184.25 | $ 19,184.25 | $ 19,184.25 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 6,805.03 | 6,805.03 | 6,805.03 |
| Cindy M. Johnson | 2200-000 | NA | 90.71 | 90.71 | 90.71 |
| Fidelity Title Company LLC | 2500-000 | NA | 3,733.32 | 3,733.32 | 3,733.32 |
| Bank of Kansas City | 2600-000 | NA | 173.00 | 173.00 | 173.00 |
| Law Offices of Zane L. Zielinski | 3210-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| Law Offices of Zane L. Zielinski | 3220-000 | NA | 0.00 | 453.48 | 453.48 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,484.47 | 1,484.47 | 1,484.47 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 20.60 | 20.60 | 20.60 |
| Berkshire Hathaway | 3510-000 | NA | 5,715.00 | 5,715.00 | 5,715.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 21,522.13 | $ 21,975.61 | $ 21,975.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carillon Family Dental Group 450 N. Weber Rd Romeoville, IL 60446 | | 143.40 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 142.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 85.00 | NA | NA | 0.00 |
| | Frontier Financial Group 631 N. Stephanie St. Henderson, NV 89014 | | 88.87 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,836.00 | NA | NA | 0.00 |
| | Monarch Recovery Mangement, Inc. 10965 Decatur Road Philadelphia, PA 19154 | | 898.10 | NA | NA | 0.00 |
| | Nca P.O. Box 550 327 West Fourth St Hutchinson, KS 67504 | | 88.00 | NA | NA | 0.00 |
| | Northland Group Inc. PO Box 390846 Minneapolis, MN 55439 | | 1,048.42 | NA | NA | 0.00 |
| | Northland Group Inc. PO Box 390846 Minneapolis, MN 55439 | | 1,048.42 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Portfolio Recovery Ass 120 Corporate Blvd Ste 1 Norfolk, VA 23502 |  | 332.00 | NA | NA | 0.00 |
|  | Smith & Cohen PO Box 10645 Saint Paul, MN 55110 |  | 1,295.44 | NA | NA | 0.00 |
|  | T-Mobile PO Box 742596 Cincinnati, OH 45274 |  | 743.18 | NA | NA | 0.00 |
|  | Village of Bridgeview 7500 S Oketo Bridgeview, IL 60455 |  | 100.00 | NA | NA | 0.00 |
| 8 | American Infosource Lp As Agent For | 7100-000 | 1,365.00 | 1,365.41 | 1,365.41 | 1,365.41 |
| 3 | Atlas Acquisitions Llc Assignee Of | 7100-000 | 1,164.00 | 1,164.28 | 1,164.28 | 1,164.28 |
| 2 | Ford Motor Credit Company Llc | 7100-000 | 13,462.00 | 4,523.65 | 4,523.65 | 4,523.65 |
| 4 | Happiness Is Pets Of Naperville Crossing Inc | 7100-000 | 1,473.00 | 1,961.75 | 1,961.75 | 1,961.75 |
| 10 | Midland Credit Management,Inc | 7100-000 | 1,836.33 | 1,836.33 | 1,836.33 | 1,836.33 |
| 9 | Midland Credit Management,Inc | 7100-000 | 515.00 | 514.95 | 514.95 | 514.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 1,048.00 | 1,026.41 | 1,026.41 | 1,026.41 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 488.00 | 488.76 | 488.76 | 488.76 |
| 7 | Synchrony Bank | 7100-000 | 898.00 | 898.10 | 898.10 | 898.10 |
| 6 | United Consumer Financial Services | 7100-000 | 670.00 | 482.09 | 482.09 | 482.09 |
| 5 | Us Dept Of Education | 7100-000 | 14,839.00 | 15,588.00 | 15,588.00 | 15,588.00 |
| | American Infosource Lp As Agent For | 7990-000 | NA | NA | NA | 4.16 |
| | Atlas Acquisitions Llc Assignee Of | 7990-000 | NA | NA | NA | 3.55 |
| | Ford Motor Credit Company Llc | 7990-000 | NA | NA | NA | 13.79 |
| | Happiness Is Pets Of Naperville Crossing Inc | 7990-000 | NA | NA | NA | 5.98 |
| | Midland Credit Management,Inc | 7990-000 | NA | NA | NA | 7.17 |
| | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 3.13 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 1.49 |
| | Synchrony Bank | 7990-000 | NA | NA | NA | 2.74 |
| | United Consumer Financial Services | 7990-000 | NA | NA | NA | 1.47 |
| | Us Dept Of Education | 7990-000 | NA | NA | NA | 47.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,607.16 | $ 29,849.73 | $ 29,849.73 | $ 29,940.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-04896 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Yandering Crespo | | | | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2015 |
| For Period Ending: | 03/11/2017 | | | | Claims Bar Date: | 01/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1519 Azalea circle Romeoville, IL | 50,000.00 | 87,000.00 | | 87,000.00 | FA |
| 2. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, certificates | 300.00 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts, certificates | 50.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 8,700.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $59,650.00   $87,000.00   $87,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed/approved. Distributions made. All checks have cleared. Trustee will be filing TDR shortly.

| RE PROP # | 1 | -- | Sold the Real Estate on March 29, 2016. |
| RE PROP # | 2 | -- | Total cash on hand |
| RE PROP # | 3 | -- | Alliant Credit Union |
| RE PROP # | 4 | -- | Higher One Bank |
| RE PROP # | 5 | -- | General items of household goods and furnishings |
| RE PROP # | 6 | -- | General items of wearing apparel |
| RE PROP # | 7 | -- | 2011 Ford Fusion |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-04896 | Trustee Name: Cindy M. Johnson |
| Case Name: Yandering Crespo | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0220 |
| | Checking |
| Taxpayer ID No: XX-XXX4959 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/16 | | Fidelity National Title Company, LLC<br>116 N chicago st, ste 203<br>Joliet, IL 60432 | Sale of Debtor's Residence<br>The Sale of the Residence occurred on March 29, 2016, counsel deposited check with the Trustee on April 5, 2016. | | $43,367.43 | | $43,367.43 |
| | | | Gross Receipts         $87,000.00 | | | | |
| | | Will County Treasurer | 1st Mortgge Lien        ($14,700.00) | 4110-000 | | | |
| | | Homeowner's Association (Add name Here) | Association Dues        ($1,077.72) | 4110-000 | | | |
| | | Berkshire Hathaway | Real Estate Broker       ($5,715.00) | 3510-000 | | | |
| | | Yandering Crespo's Homestead Exemption | Exemption          ($15,000.00) | 8100-002 | | | |
| | | Will County Real Estate Taxes | ($3,406.53) | 4700-000 | | | |
| | | Fidelity Title Company LLC | ($3,733.32) | 2500-000 | | | |
| | 1 | | 1519 Azalea circle Romeoville, IL     $87,000.00 | 1110-000 | | | |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.75 | $43,320.68 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.21 | $43,256.47 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.04 | $43,194.43 |
| 08/19/16 | 101 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,805.03 | $36,389.40 |

Page Subtotals:                                $43,367.43    $6,978.03

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-04896 | Trustee Name: | Cindy M. Johnson |
| Case Name: | Yandering Crespo | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0220 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4959 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $90.71 | $36,298.69 |
| 08/19/16 | 103 | Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $3,500.00 | $32,798.69 |
| 08/19/16 | 104 | Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $453.48 | $32,345.21 |
| 08/19/16 | 105 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,484.47 | $30,860.74 |
| 08/19/16 | 106 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $20.60 | $30,840.14 |
| 08/19/16 | 107 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $490.25 | $30,349.89 |
| | | | ($1.49) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($488.76) | 7100-000 | | | |
| 08/19/16 | 108 | Ford Motor Credit Company Llc<br>P. O. Box 62180<br>Colorado Springs, Co 80962 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $4,537.44 | $25,812.45 |
| | | | ($13.79) | 7990-000 | | | |
| | | Ford Motor Credit Company Llc | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($4,523.65) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $10,576.95 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-04896 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Yandering Crespo | Bank Name: | BOK Financial | |
| | | Account Number/CD#: | XXXXXX0220 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4959 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 109 | Atlas Acquisitions Llc Assignee Of Walmart Credit Card<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,167.83 | $24,644.62 |
| | | | ($3.55) | 7990-000 | | | |
| | | Atlas Acquisitions Llc Assignee Of | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,164.28) | 7100-000 | | | |
| 08/19/16 | 110 | Happiness Is Pets Of Naperville Crossing Inc<br>Duvera Financial<br>Po Box 2549<br>Carlsbad, Ca 92018 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $1,967.73 | $22,676.89 |
| | | | ($5.98) | 7990-000 | | | |
| | | Happiness Is Pets Of Naperville Crossing Inc | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($1,961.75) | 7100-000 | | | |
| 08/19/16 | 111 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $15,635.53 | $7,041.36 |
| | | | ($47.53) | 7990-000 | | | |
| | | Us Dept Of Education | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($15,588.00) | 7100-000 | | | |
| 08/19/16 | 112 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, Az 85712 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $483.56 | $6,557.80 |
| | | | ($1.47) | 7990-000 | | | |
| | | United Consumer Financial Services | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($482.09) | 7100-000 | | | |

Page Subtotals: $0.00  $19,254.65

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-04896 |
| Case Name: | Yandering Crespo |
| Taxpayer ID No: | XX-XXX4959 |
| For Period Ending: | 03/11/2017 |

| | |
|---|---|
| Trustee Name: | Cindy M. Johnson |
| Bank Name: | BOK Financial |
| Account Number/CD#: | XXXXXX0220 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 113 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $900.84 | $5,656.96 |
| | | | ($2.74) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($898.10) | 7100-000 | | | |
| 08/19/16 | 114 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $1,369.57 | $4,287.39 |
| | | | ($4.16) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($1,365.41) | 7100-000 | | | |
| 08/19/16 | 115 | Midland Credit Management,Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $516.52 | $3,770.87 |
| | | | ($1.57) | 7990-000 | | | |
| | | Midland Credit Management,Inc | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($514.95) | 7100-000 | | | |
| 08/19/16 | 116 | Midland Credit Management,Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $1,841.93 | $1,928.94 |
| | | | ($5.60) | 7990-000 | | | |
| | | Midland Credit Management,Inc | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($1,836.33) | 7100-000 | | | |

Page Subtotals: $0.00 $4,628.86

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-04896  
Case Name: Yandering Crespo  
Taxpayer ID No: XX-XXX4959  
For Period Ending: 03/11/2017  

Trustee Name: Cindy M. Johnson  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0220  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 117 | Portfolio Recovery Associates, Llc Successor To Comenity Bank Pob 41067 Norfolk, Va 23541 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | | | | $1,029.54 | $899.40 |
| | | | | ($3.13) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 11 representing a payment of 100.00 % per court order. | ($1,026.41) | 7100-000 | | | |
| 08/19/16 | 118 | Yandering Crespo 1519 AZALEA CIRCLE ROMEOVILLE, IL 60446 | Distribution of surplus funds to debtor. | | 8200-002 | | $899.40 | $0.00 |
| 12/19/16 | 114 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 8 representing a payment of 100.00 % per court order. Reversal | | | | ($1,369.57) | $1,369.57 |
| | | | | $4.16 | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 8 representing a payment of 100.00 % per court order. | $1,365.41 | 7100-000 | | | |
| 12/19/16 | 117 | Portfolio Recovery Associates, Llc Successor To Comenity Bank Pob 41067 Norfolk, Va 23541 | Final distribution to claim 11 representing a payment of 100.00 % per court order. Reversal | | | | ($1,029.54) | $2,399.11 |
| | | | | $3.13 | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 11 representing a payment of 100.00 % per court order. | $1,026.41 | 7100-000 | | | |
| 12/22/16 | 119 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final Distribution Final distribution to claim 8 representing a payment of 100.00% per court order. Reversal | | | | $1,369.57 | $1,029.54 |
| | | | | ($4.16) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final Distribution | ($1,365.41) | 7100-000 | | | |

Page Subtotals: $0.00 $899.40

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-04896 | Trustee Name: Cindy M. Johnson |
| Case Name: Yandering Crespo | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0220 |
| | Checking |
| Taxpayer ID No: XX-XXX4959 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/16 | 120 | Portfolio Recovery Associates, Llc POB 12914 Norfolk Va 23541 | Final Distribution Final Distribution to claim 11 representing a payment of 100.00% per court. Reversal | | | $1,029.54 | $0.00 |
| | | | ($3.13) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final Distribution ($1,026.41) | 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $43,367.43 | $43,367.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $43,367.43 | $43,367.43 |
| Less: Payments to Debtors | $0.00 | $899.40 |
| Net | $43,367.43 | $42,468.03 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,029.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0220 - Checking | $43,367.43 | $42,468.03 | $0.00 |
|  | $43,367.43 | $42,468.03 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $43,632.57 |
|---|---|
| Total Net Deposits: | $43,367.43 |
| Total Gross Receipts: | $87,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*